

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: ROMAN CATHOLIC DIOCESE OF EL PASO, | § | No. 08-19-00244-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

# **O R D E R**

The Court GRANTS the Real Party in Interest's third motion for extension of time within which to file the response until **April 16, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATOR'S PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before April 16, 2020.

IT IS SO ORDERED this 18th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.